UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| STEPHANIE AMANDA SCHURMAN,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN LUKE; MARTY JACKLEY, SD ATTORNEY GENERAL,<br><br>Defendants. | 4:24-CV-04144-RAL<br><br>JUDGMENT OF DISMISSAL WITHOUT PREJUDICE |

For the reasons explained in the Opinion and Order Dismissing 28 U.S.C. § 2241 Petition, it is hereby

ORDERED, ADJUDGED, AND DECREED that Judgment of Dismissal without prejudice hereby enters against Petitioner Stephanie Amanda Schurman under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 23rd day of October, 2024.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE